```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 17765
   VALERIE D CAIN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7196


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/10/2008 and was not confirmed.

      The case was dismissed without confirmation 10/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  MORTGAGE NOTI    NOT FILED            .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00             .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    37000.00             .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00             .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    40866.83             .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00             .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     9061.00             .00           .00
WILSHIRE MTG              CURRENT MORTG         .00             .00           .00
WILSHIRE MTG              MORTGAGE ARRE     9214.00             .00           .00
CAPITAL ONE               UNSECURED       NOT FILED             .00           .00
CAPITAL ONE               UNSECURED         1205.19             .00           .00
ROUNDUP FUNDING LLC       UNSECURED         6157.17             .00           .00
CITIBANK USA NA           UNSECURED          684.30             .00           .00
CHICAGO DEPT OF REVENUE   UNSECURED         5161.50             .00           .00
COMMONWEALTH EDISON       UNSECURED          517.89             .00           .00
DELL FINANCIAL SERVICES   UNSECURED         1672.29             .00           .00
HSBC BEST BUY             UNSECURED       NOT FILED             .00           .00
HSBC                      UNSECURED         6855.18             .00           .00
HSBC CARSON               UNSECURED       NOT FILED             .00           .00
NATIONAL ACCOUNT ADJUSTM  UNSECURED       NOT FILED             .00           .00
TARGET                    UNSECURED       NOT FILED             .00           .00
WORLD FINANCIAL NETWORK   UNSECURED          715.48             .00           .00
CHAUNCEY BROADRIDGE       NOTICE ONLY     NOT FILED             .00           .00
TINA HOPKINS              NOTICE ONLY     NOT FILED             .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1444.77             .00           .00
FINGERHUT DIRECT MARKETI  UNSECURED          348.69             .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      284.00             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,500.00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17765 VALERIE D CAIN
```

```
TRUSTEE                                                     .00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                         ---------------   ---------------
TOTALS                                               .00               .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 01/27/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```